JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PEREZ-OROZCO,<br>Petitioner,<br>v.<br>WARDEN DESERT VIEW FACILITY, et al.,<br>Respondents. | Case No. 5:26-cv-06232-MBK<br>JUDGMENT |

Pursuant to the Order Granting Writ of Habeas Corpus, IT IS ADJUGED that the Petition for writ of habeas corpus is GRANTED.

Dated: October 30, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE